*Friday, May 15, 1998*

## MOTION DOCKET

**97–1173. Keefe v. Youngstown Diocese of the Catholic Church.**
Stark App. No. 1996CA00265. On May 1, 1998, appellant filed a list of additional authorities. Appellant's document contains more than the list of citations to additional authorities permitted by S.Ct.Prac.R. IX(7), and therefore is not in compliance with S.Ct.Prac.R. IX(7). Accordingly,

IT IS ORDERED by the court, *sua sponte,* that appellant's list of additional authorities be, and hereby is, stricken.

**97–2499. State ex rel. Natl. Electrical Contrs. Assn., Ohio Conference v. Ohio Bur. of Emp. Serv.**
Franklin App. No. 97APD07–895. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. On April 30, 1998, appellants filed a motion for oral argument that was due, under S.Ct.Prac.R. IX(2)(b), no later than March 12, 1998. Whereas S.Ct.Prac.R. XIV(1)(C) prohibits untimely filings,

IT IS ORDERED by the court, *sua sponte,* that appellants' motion for oral argument be, and hereby is, stricken.

**97–2648. Cuyahoga Cty. Bar Assn. v. Okocha.**
Upon consideration of respondent's motion to stay this case and continue oral argument currently scheduled for May 12, 1998,

IT IS ORDERED by the court that the motion to stay and continue oral argument be, and hereby is, denied.

## RECONSIDERATION DOCKET

**98–173. Gupta v. Summit Cty. Bd. of Revision.**
Board of Tax Appeals, No. 97–A–1152. Reported at 82 Ohio St.3d 1401, 693 N.E.2d 805.

IT IS ORDERED by the court that the motion for reconsideration of the dismissal for want of prosecution be, and hereby is, denied.

**98–695. Bean v. Wal–Mart Stores, Inc.**
Hamilton App. No. C–970565. Reported at 82 Ohio St.3d 1402, 693 N.E.2d 805.

IT IS ORDERED by the court that the motion for reconsideration in this case be, and hereby is, denied.